# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. EUDIS ENRIQUE CUELLAR-MARTINEZ, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 25-MJ-166-KEM<br>Presiding Judge: Kelly K.E. Mahoney, Chief Magistrate Judge<br>Deputy Clerk: jag<br>Official Court Record: FTR Gold   Contract?<br>Contact Information: |

| Date: | 9/18/2025 | Start: | 10:56 a.m. | Adjourn: | 10:59 a.m. | Courtroom: | SC First Floor | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | n/a | | Telephonic? | No |

| Appearances: | | |
|---|---|---|
| | Plaintiff: | AUSA Kraig Hamit |
| | Defendant: | AFPD Brittany Hedstrom (defendant appears personally) |
| | U.S. Probation: | Matthew Sturdevant |
| | Interpreter: | Language:   Certified:   Phone: |

| TYPE OF PROCEEDING: | DETENTION | REVOCATION | STATUS CONFERENCE | X |
|---|---|---|---|---|

| | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|

| Moving party: | |
|---|---|
| Motion: | |
| Nature of proceedings: | Ruling: |
| Review of detention or conditions | |
| Review of pre-trial release | |
| Review of supervised release | |
| Preliminary examination | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | The parties gather for an initial appearance and arraignment. Defense counsel notifies the Court at the start of the hearing that defendant requires an interpreter. The Court continues the hearing to 9/19/2025 at 11:00a. The Government asserts that it intends to seek detention. |
|---|---|