# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. EUDIS ENRIQUE CUELLAR-MARTINEZ, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 25-MJ-166-KEM<br>Presiding Judge: Kelly K.E. Mahoney, Chief Magistrate Judge<br>Deputy Clerk: jag<br>Official Court Record: FTR Gold  Contract? --<br>Contact Information: -- |

| Date: | 9/19/2025 | Start: | 10:49 a.m. | Adjourn: | 10:55 a.m. | Courtroom: | SC First Floor | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | | Telephonic? | No |

| Appearances: | Plaintiff: | AUSA Kraig Hamit | | | | |
|---|---|---|---|---|---|---|
| | Defendant: | AFPD Brittany Hedstrom (defendant appears personally) | | | | |
| | U.S. Probation: | Matthew Sturdevant | | | | |
| | Interpreter: | Analia Riggle | Language: | Spanish | Certified: Y | Phone: Y |

| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** | X | **AND/OR** | **ARRAIGNMENT:** | |
|---|---|---|---|---|---|
| | Contested? | No | Continued from a previous date? | | No |

| | |
|---|---|
| Charging District's Documents: | Material Witness Warrant filed in District of Nebraska on 9/15/2025 |
| Was defendant *Mirandized*? | Yes |
| Counsel: Retained: or Appointed: X FPD/Other: | Brittany Hedstrom |
| Did the government move for detention? Yes Was the defendant detained? | Yes |
| Was a detention hearing set? Yes Date: | 10/1/2025 at 11:30AM |
| Was a preliminary hearing set? No Date: | |
| **Witness/Exhibit List is** | -- |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | |
| **Miscellaneous:** | |