# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 25-MJ-166-KEM |
| Eudis Enrique Cuellar-Martinez ) | |
| ) | |
| *Material Witness* ) | |

**ORDER TEMPORARY DETENTION AND SCHEDULING HEARING**

A hearing in this case is scheduled as follows:

☐ Preliminary Hearing

☑ Detention Hearing

☐ Identity hearing

☐ Pretrial Release Revocation Hearing

| | |
|---|---|
| Place: United States Courthouse<br>320 6th Street - First Floor Courtroom<br>Sioux City, Iowa 51101 | Before Judge: Kelly K.E. Mahoney |
| | Date and Time: 10/1/25 11:30 am |

**IT IS ORDERED:** Pending the hearing, the material witness is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the material witness to the hearing at the time, date, and place set forth above.

Date: September 19, 2025

*Judge's signature*

Kelly K.E. Mahoney
United States Magistrate Judge
*Printed name and title*