# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

In Re:

EUDIS ENRIQUE CUELLAR-MARTINEZ

     Material Witness.

No. 25-MJ-166-KEM

**ORDER**

———————————

The court has ordered this Material Witness remain detained until the earlier of a completion of a deposition or the scheduled hearing[1] or trial. As required by Federal Rule of Criminal Procedure 46(h)(2), the United States Attorney's Office must file a periodic status report due **on Thursday, October 2, 2025**, and each Tuesday and Thursday for every week thereafter, until completion of the Material Witness's testimony.

     **SO ORDERED** on September 19, 2025.

Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa

---

[1] As requested by defense counsel, Material Witness Cuellar-Martinez's detention hearing is scheduled for October 1, 2025, at 11:30 a.m. (Doc. 9).