IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 25-MJ-166-KEM |
| ) | |
| vs. ) | |
| ) | |
| EUDIS ENRIQUE CUELLAR-MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

**APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Assistant United States Attorney Kraig Hamit hereby enters his appearance in this case.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By, s/*Kraig R. Hamit*

KRAIG R. HAMIT
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA   51101
(712) 255-6011
(712) 252-2034 (Fax)
Kraig.Hamit@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Jean Wordekemper