IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EUDIS ENRIQUE CUELLAR-MARTINEZ,<br><br>Defendant. | CASE NO. 1:25-mj-0166-KEM<br><br>WAIVER OF DETENTION<br>HEARING |

Defendant states to the court as follows:

1. I understand that I have the right to a hearing, pursuant to 18 U.S.C. § 3142(f), to determine whether I should be held in custody while awaiting my deposition as a material witness, or whether I could be released on any condition or combination of conditions that would reasonably assure my appearance and/or the safety of any other person and the community. I also understand that at the hearing, I have the right to be represented by counsel (with appointed counsel if I am financially unable to obtain adequate representation) and that I would have the opportunity to testify, to present information and witnesses, and to cross-examine witnesses who appear at the hearing.

2. I have discussed with my attorney my right to have a hearing on this matter. My attorney has answered all questions I have regarding this matter. I understand that by giving up my right to the hearing, I will be held in custody while awaiting my deposition as a material witness.

3. At this time I wish to give up my right to have a detention hearing in this district. I request that this hearing be held in the District of Nebraska, at a time set by that court.

_____  09.30.25          _____  9/30/25
Defendant                Date              Counsel for Defendant        Date