# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EUDIS ENRIQUE CUELLAR-MARTINEZ, <br><br> Material Witness. | No. 25-MJ-0166-KEM <br><br> **ORDER OF DETENTION** <br> (Following Waiver of Hearing) |

The Government orally moved for detention in this case (Doc. 7), and the court scheduled a detention hearing (Doc. 9). Doc. 6. Prior to the scheduled hearing, Defendant waived hearing and agreed to be detained (Doc. 14).

Based on Defendant's waiver, the court **cancels** the detention hearing scheduled for October 1, 2025, at 11:30 a.m.

The court **GRANTS** the oral motion for detention (Doc. 7) and orders Defendant be detained. The Government must still file periodic reports as required by statute and this court's prior order (Doc. 11).

**SO ORDERED** on September 30, 2025.

_Kelly K.E. Mahoney_
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa