IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 25-MJ-166-KEM |
| vs. | ) |
| EUDIS ENRIQUE CUELLAR-MARTINEZ, | ) |
| Defendant. | ) |

**STATUS REPORT**

COMES NOW, the United States of America and hereby submits the status report in accordance with the Court's order.

The undersigned is coordinating with counsel from the United States Attorney's Office in Nebraska to obtain court appointed counsel for defendant and for defendant's transport to the District of Nebraska to secure the scheduling of defendant's deposition.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By, s/*Kraig R. Hamit*

KRAIG R. HAMIT
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA   51101
(712) 255-6011
(712) 252-2034 (Fax)
Kraig.Hamit@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Jean Wordekemper