IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 25-MJ-166-KEM |
| vs. | ) | |
| EUDIS ENRIQUE CUELLAR-MARTINEZ, | ) | |
| Defendant. | ) | |

**STATUS REPORT**

COMES NOW, the United States of America and hereby submits the status report in accordance with the Court's order.

On October 1, 2025, the magistrate judge issued an order of commitment to another district for defendant. It is the undersigned's belief that the U.S. Marshals service is coordinating the transport of defendant to the District of Nebraska per the order. According to a search on October 7, 2025, of the Woodbury County Jail inmates, defendant is not being held at the facility. The USAO in Nebraska is attempting to secure court reporters and interpreters while awaiting transport of defendant. It is the government's understanding that once confirmation is received by the court that the transport has occurred this matter can be closed.

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Jean Wordekemper

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By, s/*Kraig R. Hamit*

KRAIG R. HAMIT
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA   51101
(712) 255-6011
(712) 252-2034 (Fax)
Kraig.Hamit@usdoj.gov